MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-0095 MMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| RYAN ROBERT EVANS, | ) | |
| Defendant. | ) | |

      The parties in this case were scheduled to appear before the Court on July 10, 2013. Due to scheduling conflicts, the Court sought to reschedule the appearance. The parties request that the matter be set to August 28, 2013, and agree to exclude the periods of time from July 10, 2013 to August 28, 2013, from any time limits applicable under 18 U.S.C. § 3161. The government has produced substantial discovery to date, and the parties agree that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0095 MMC

1  SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: July 11, 2013                _____/s/_____
                                    CAROLYN SILANE
                                    Special Assistant United States Attorney


DATED: July 11, 2013                _____/s/_____
                                    HARRIS TABACK
                                    Attorney for Defendant Ryan Evans

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0095 MMC

1  [PROPOSED] ORDER

2   For the reasons stated above, the Court finds that the exclusion from the time limits
3 applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the
4 continuance outweigh the best interests of the public and the defendant in a speedy trial for the
5 periods from July 10, 2013 to August 28, 2013.  18 U.S.C. § 3161(h)(7)(A).  Denying the
6 requested exclusion of time would deprive the parties of the reasonable time necessary for
7 effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
8 § 3161(h)(7)(B)(iv).

10   IT IS SO ORDERED.

12 DATED: November 6, 2013            _____
13                                    THE HONORABLE MAXINE M. CHESNEY
                                      United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0095 MMC