1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney

5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6830
7        Fax: (415) 436-7234
         E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  No. CR 13-0095 MMC
                                     )
14        Plaintiff,                 )  **STIPULATION AND [PROPOSED] ORDER TO**
                                     )  **CONTINUE HEARING DATE AND TO**
15     v.                            )  **EXCLUDE TIME UNDER THE SPEEDY TRIAL**
                                     )  **ACT**
16  RYAN EVANS,                      )
                                     )
17        Defendant.                 )
                                     )
18

19        It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney

20  Kyle F. Waldinger, and counsel for defendant Ryan Evans, Colin Cooper and Dustin Gordon, that,

21  subject to the Court's approval, the hearing presently set for December 4, 2013 be vacated and a new

22  date for possible entry of plea be set for December 18, 2013 at 2:15 p.m.  In support of their request, the

23  parties state as follows:

24        1.     The defendant Ryan Evans last appeared before the Court on November 6, 2013.  At that

25  time, the Court continued the matter to December 4, 2013 and ordered that time be excluded under the

26  Speedy Trial Act.

27        2.     Since the appearance on November 6, 2013, the parties have discussed a potential

28  resolution of the case.  However, additional time is needed for the details of the agreement to be

STIP. AND [PROPOSED] ORDER
CR 13-0095 MMC

finalized, for counsel for the United States to receive U.S. Attorney's approval for the agreement, and for defense counsel to review the written plea agreement with his client.

3. The parties agree that based on these facts, and taking into the account the public interest in the prompt disposition of criminal cases, continuing this matter to December 18, 2013, is necessary for effective preparation of defense counsel and government counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that the ends of justice served by excluding the period from December 4, 2013 to December 18, 2013 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, the parties jointly request that the hearing currently set for December 4, 2013 be continued to December 18, 2013 and that time be excluded during that period under the Speedy Trial Act.

**SO STIPULATED.**

DATED: December 2, 2013

MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: December 2, 2013

_____/s/_____
COLIN COOPER
DUSTIN GORDON
Counsel for the defendant RYAN EVANS

USA'S OPP. TO MTN. FOR EARLY TERM.
CR 06-0030 JSW                            2

1 **[PROPOSED] ORDER**

2 It is hereby **ORDERED** that the appearance presently set for December 4, 2013 be continued to
3 December 18, 2013, at 2:15 p.m.

4 For the reasons stated in the parties' stipulation, the Court finds that, taking into the account the
5 public interest in the prompt disposition of criminal cases, granting a continuance until December 18,
6 2013, is necessary for effective preparation of defense counsel and government counsel. *See* 18 U.S.C.
7 § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by
8 excluding the period from December 4, 2013 to December 18, 2013 outweigh the best interest of the
9 public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

10 Accordingly, the Court orders that the period from December 4, 2013 to December 18, 2013 be
11 excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and
12 (B)(iv).

13 **IT IS SO ORDERED.**

16 DATED: December 2, 2013

HON. MAXINE M. CHESNEY
United States District Judge

USA'S OPP. TO MTN. FOR EARLY TERM.
CR 06-0030 JSW                                3