1  BENJAMIN B. WAGNER (CABN 163581)
   Attorney for the United States, Acting
2  Under Authority Conferred by 28 U.S.C. § 515

3  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6830
6      Fax: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
7
   Attorneys for United States of America
8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-0095 MMC |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) ) | |
| RYAN EVANS, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Ryan Evans, Colin Cooper and Dustin Gordon, that, subject to the Court's approval, the hearing presently set for December 18, 2013 be vacated and a new date for possible entry of plea be set for January 22, 2014 at 2:15 p.m. In support of their request, the parties state as follows:

  1.  The defendant Ryan Evans last appeared before the Court on November 6, 2013. At that time, the Court continued the matter to December 4, 2013 and ordered that time be excluded under the Speedy Trial Act. On December 2, 2013, and based upon the parties' stipulation, the Court continued the December 4, 2013 hearing to December 18, 2013, and also excluded time under the Speedy Trial Act. *See* docket entry 33.

  2.  Since the parties' last appearance, undersigned counsel for the United States has learned

STIP. AND [PROPOSED] ORDER
CR 13-0095 MMC

1  of a factual matter that, upon consultation with other officials in the U.S. Department of Justice, resulted

2  in the appointment of a different United States Attorney to prosecute this case.  On December 17, 2013,

3  the United States Attorney for the Eastern District of California, Benjamin B. Wagner, was officially

4  appointed to prosecute this case.  Except for undersigned counsel for the United States, all other

5  attorneys in the United States Attorney's Office for the Northern District of California have been

6  recused from participation in this case.

7          3.      Prior to the recusal of the United States Attorney for the Northern District of California,

8  the parties were in plea negotiations and had discussed a disposition that might have resulted in the entry

9  of plea at the parties' next appearance.  It will take additional time for the United States Attorney's

10  Office for the Eastern District of California to review the evidence and any proposed disposition.

11  Continuing the case to January 22, 2014 will give the United States an opportunity to accomplish this

12  objective.

13          4.      The parties agree that based on these facts, and taking into the account the public interest

14  in the prompt disposition of criminal cases, continuing this matter to January 22, 2014, is necessary for

15  effective preparation of government counsel and continuity of government counsel.  *See* 18 U.S.C.

16  § 3161(h)(7)(B)(iv).  The parties further agree that the ends of justice served by excluding the period

17  from December 18, 2013 to January 22, 2014 outweigh the best interest of the public and the defendant

18  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

19          5.      Accordingly, the parties jointly request that the hearing currently set for December 18,

20  2013 be continued to January 22, 2014 and that time be excluded during that period under the Speedy

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIP. AND [PROPOSED] ORDER
CR 13-0095 MMC                          2

1 | Trial Act.

2 | SO STIPULATED.

3 | DATED: December 17, 2013   ERIC H. HOLDER, JR.
United States Attorney General
4 | BENJAMIN B. WAGNER
Attorney for the United States, Acting
5 | Under Authority Conferred by 28 U.S.C. § 515

6

7 | _____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

8

9 | DATED: December 17, 2013   _____/s/_____
10 | COLIN COOPER
DUSTIN GORDON
11 | Counsel for the defendant RYAN EVANS

12

13 | **[PROPOSED] ORDER**

14 | It is hereby ORDERED that the appearance presently set for December 18, 2013 be continued to

15 | January 22, 2014, at 2:15 p.m.

16 | For the reasons stated in the parties' stipulation, the Court finds that, taking into the account the

17 | public interest in the prompt disposition of criminal cases, granting a continuance until January 22,

18 | 2014, is necessary for effective preparation of defense counsel and government counsel. *See* 18 U.S.C.

19 | § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by

20 | excluding the period from December 18, 2013 to January 22, 2014 outweigh the best interest of the

21 | public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

22 | Accordingly, the Court orders that the period from December 18, 2013 to January 22, 2014 be

23 | excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and

24 | (B)(iv).

25 | IT IS SO ORDERED.

26 | DATED: December 17, 2013   _____
HON. MAXINE M. CHESNEY
27 | United States District Judge

28