UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-0095 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] PRELIMINARY ORDER OF |
| v. | ) | FORFEITURE |
| | ) | |
| RYAN ROBERT EVANS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States; the plea agreement entered on January 22, 2014, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Asus laptop computer, serial number C6N0CJ023656227 12M;
b. Epson brand printer;
c. Ring box containing one diamond ring and one diamond encrusted wedding band;
d. $120 in U.S. Currency
e. Driver's licenses and passports in the names of other individuals (including the individuals identified herein as Jason M. and Danielle C.);
f. Approximately 13 blank plastic cards with magnetic stripes;
g. Approximately 16 credit cards and gift cards; and
h. Photo disc, cordless nailer, and SDS rotary hammer

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once, on a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0095 MMC

claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the government shall ~~to~~ conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this  24th  day of  March , 2014.

_____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0095 MMC                                                                                          2