UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0095 MMC |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| RYAN ROBERT EVANS, | |
| Defendant. | |

On March 24, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

a. Asus laptop computer, serial number C6N0CJ023656227 12M;

b. Epson brand printer;

c. Ring box containing one diamond ring and one diamond encrusted wedding band;

d. $120 in U.S. Currency;

e. Driver's licenses and passports in the names of other individuals (including the individuals identified herein as Jason M. and Danielle C.);

f. Approximately 13 blank plastic cards with magnetic stripes;

g. Approximately 16 credit cards and gift cards; and

h. Photo disc, cordless nailer, and SDS rotary hammer

("subject property").

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 13-0095 MMC

1   The United States represents that it has complied with the publication and notice requirements of
2   the Preliminary Order and that no petitions have been filed.
3   THEREFORE, it is ordered that the above-described property shall be forfeited to the United
4   States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C).
5   All right, title, and interest in said property is vested in the United States of America.  The
6   appropriate federal agency shall dispose of the forfeited property according to law.
7   IT IS SO ORDERED this ___23rd___ day of _____June_____, 2014.

*[signature]*
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 13-0095 MMC                                                                                                          2