UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Case in a Criminal Action has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR 13-0095 MMC**   United States v. Ryan Robert Evans
**CR 14-0536 CRB**   United States v. Marcus Felder

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]   ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before the undersigned.

DATED: November 10, 2014

_____
UNITED STATES DISTRICT JUDGE